UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

   v.   Civil No. 25-cv-328-JL-AJ

State of New Hampshire

**REPORT AND RECOMMENDATION**

Plaintiff John R. Griffin, Jr. filed this action asserting claims against the prosecutor in his pending state court criminal case pursuant to 42 U.S.C. § 1983. On October 8, 2025, the court issued an Order (Doc. No. 4) granting Mr. Griffin's motion to proceed in forma pauperis in this matter. For the reasons explained herein, this court now recommends that the district judge vacate the October 8, 2025 Order, deny Mr. Griffin's motion for in forma pauperis status, and dismiss this case unless Mr. Griffin pays the filing fee in full on or before December 5, 2025.

**DISCUSSION**

Mr. Griffin filed a motion to obtain in forma pauperis status on September 17, 2025. See Doc. No. 2. The granting of in forma pauperis status to a prisoner is governed by 28 U.S.C. §§ 1915 and 1915A. Section 1915 states, in relevant part, as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was

> dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Id. § 1915(g).

Mr. Griffin filed the following three cases while he was incarcerated, each of which was dismissed for failure to state a claim upon which relief might be granted:

- Griffin v. Kench, No. 16-cv-046-SM (D.N.H.) (ECF No. 11) (July 13, 2016 Order approving May 26, 2016 Report and Recommendation (ECF No. 9))

- Griffin v. N.H. Dep't of Corr., No. 17-cv-160-SM (D.N.H.) (ECF No. 10) (Oct. 5, 2017 Order approving September 25, 2017 Report and Recommendation (ECF No. 8))

- Griffin v. Nadeau, No. 17-cv-209-LM (D.N.H.) (ECF No. 10) (Oct. 3, 2017 Order approving Sept. 21, 2017 Report and Recommendation (ECF No. 8))

Accordingly, under the plain language of § 1915(g), each of these cases counts as a strike for purposes of applying that statute. Because Mr. Griffin accumulated three strikes before he filed this action, this case is subject to the "three strikes" restriction set forth in § 1915(g).

Mr. Griffin has not asserted any claim in the instant case suggesting that he is exposed to an "imminent danger of serious physical injury," and thus this case is not excepted from the three-strikes bar. In order to proceed in this matter, therefore, Mr. Griffin must pay the filing fee in full.

2

**Conclusion**

For the foregoing reasons, the court now recommends that the district judge issue the following Orders, effective upon approval of this Report and Recommendation:

1. The October 8, 2025 Order (Doc. No. 4) granting Mr. Griffin in forma pauperis status in this case is VACATED.

2. Mr. Griffin's motion for in forma pauperis status (Doc. No. 2) is DENIED under 28 U.S.C. § 1915(g).

3. Mr. Griffin is directed to pay the full filing fee of $402 ($350 filing fee and $52 administrative fee) no later than December 5, 2025.

4. If Mr. Griffin fails to pay the full filing fee as directed, the court may dismiss this case without prejudice.  See 28 U.S.C. § 1914(a).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_Andrea K. Johnstone_
Andrea K. Johnstone
United States Magistrate Judge

October 27, 2025

cc:   John R. Griffin, Jr., pro se